# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00461-CV

**In re Freddrick Smith**

## ORIGINAL PROCEEDING FROM HARRIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Freddrick Smith, an inmate proceeding pro se, has filed a petition for writ of mandamus with this Court, asking us to order the Texas Court of Criminal Appeals and the 351st Judicial District Court of Harris County to act on Smith's application for writ of habeas corpus. This Court's mandamus jurisdiction is expressly limited to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction.[1] Harris County is not in this Court's district, and no writ is necessary to enforce our jurisdiction here.[2] Additionally, we do not have any jurisdiction over the Texas Court of Criminal

---

[1] *See* Tex. Gov't Code § 22.221.

[2] *See id*. § 22.201(d).

Appeals,[3] which has exclusive jurisdiction to review matters relating to post-conviction relief from final felony convictions.[4] We dismiss Smith's petition for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Filed: August 1, 2014

---

[3] *See* Tex. Const. art. V, § 6; *see also Lambert v. State*, No. 03-12-00530-CR, 2012 Tex. App. LEXIS 7121, at *1-2 (Tex. App.—Austin Aug. 23, 2012, no pet.) (mem. op., not designated for publication).

[4] *See* Tex. Code Crim. Proc. art. 11.07; *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (per curiam).